**No. 61298.**—Sam Yeung Co. et al. *v.* United States, protests 264049–K, etc. (New York).

Opinion by OLIVER, C. J.   The issue presented herein was decided adversely to plaintiffs' contention in *Dale Products Corp. et al.* v. *United States* (31 Cust. Ct. 170, C. D. 1565) and *United States* v. *Astra Trading Corp.* (44 C. C. P. A. 8; C. A. D. 627).   When the case was called for trial, plaintiffs requested a continuance pending trial of a new test case.   The request was denied and an order of dismissal for lack of prosecution was entered.   The protests were, therefore, dismissed.

**No. 61299.**—Wm. Rand, Inc., et al. *v.* United States, protests 264585–K, etc. (New York).

Opinion by OLIVER, C. J.   The issue presented herein was decided adversely to plaintiffs' contention in *Dale Products Corp. et al.* v. *United States* (31 Cust. Ct. 170, C. D. 1565) and *United States* v. *Astra Trading Corp.* (44 C. C. P. A. 8, C. A. D. 627).   When the case was called for trial, plaintiffs requested a continuance pending trial of a new test case.   The request was denied and an order of dismissal for lack of prosecution was entered.   The protests were, therefore, dismissed.

**No. 61300.**—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protest 267097–K (New York).

Opinion by OLIVER, C. J.   The issue presented herein was decided adversely to plaintiff's contention in *Dale Products Corp. et al.* v. *United States* (31 Cust. Ct. 170, C. D. 1565) and *United States* v. *Astra Trading Corp.* (44 C. C. P. A. 8, C. A. D. 627).   When the case was called for trial, plaintiff requested a continuance pending trial of a new test case.   The request was denied and an order of dismissal for lack of prosecution was entered.   The protest was, therefore, dismissed.

**No. 61301.**—Alltransport, Inc., and North American Foreign Trading Corp. et al. *v.* United States, protests 270186–K (A), etc. (New York).

Opinion by OLIVER, C. J.   The issue presented herein was decided adversely to plaintiffs' contention in *Dale Products Corp. et al.* v. *United States* (31 Cust. Ct. 170, C. D. 1565) and *United States* v. *Astra Trading Corp.* (44 C. C. P. A. 8, C. A. D. 627).   When the case was called for trial, plaintiffs requested a continuance pending trial of a new test case.   The request was denied and an order of dismissal for lack of prosecution was entered.   The protests were, therefore, dismissed.

**No. 61302.**—American Mink Co. and William H. Emig et al. *v.* United States, protests 120183–K (A), etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiffs was sustained.

**No. 61303.**—B. Westergaard & Co., Inc. *v.* United States, protest 300057–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiff was sustained.

**No. 61304.**—S. Schonfeld Co. et al. *v.* United States, protests 303265–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of sprats in oil similar in all material respects to those the subject of *Arnold Sorensin Co. et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 30, 1957

**No. 61305.**—D. J. Ambrosio and Eugene Hess et al. *v.* United States, protests 283713–K, etc. (New York).